**Donald A. MAUL, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. ED 102677

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: December 15, 2015

Matthew William Huckeby, 1010 Market St., Suite 1100, St. Louis, MO. 63101, for appellant.

State of Missouri, P.O. Box 899, Jefferson City, MO. 65102, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

**ORDER**

PER CURIAM.

Donald A. Maul appeals from the motion court's denial of his motion for post-conviction relief pursuant to Rule 24.035 [1] without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we find the motion court did not clearly err in denying Movant's motion without an evidentiary hearing. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judg-

---
1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.

ment pursuant to Mo. R. Civ. P. 84.16(b) (2015).